

**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
Phone: +1.212.203.6651
Email: dab@boagip.com

February 24, 2023

*via ECF*
The Honorable Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE:  *Gordon Desserts, Inc. dba Mochidoki v.*
*Harlem ADR, LLC, et al.*, No. 22-cv-10596 (RA)

Dear Judge Abrams:

We write in response to the Court's January 3, 2023 Order requesting a joint case status update and scheduling an Initial Conference.

Plaintiff has not yet served Defendants. The parties are engaged in active settlement discussions, which we are hopeful will lead to a resolution. Per the Order, we request a 30-day continuance to complete those discussions, with the Initial Conference to be scheduled 30 following service of the Complaint, if necessary.

Respectfully submitted,

/David A. Boag/
David A. Boag (DB9899)
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
(212) 203-6651
dab@boagip.com

*Attorneys for Plaintiff Gordon Desserts, Inc. dba Mochidoki*

/Jonathan Berschadsky/
Jonathan Berschadsky
**Merchant & Gould P.C.**
500 Fifth Ave, Suite 4100
New York, NY 10110
JBerschadsky@MerchantGould.com

*Attorneys for Defendants Harlem ADR, LLC and Golden Eyes Corporation*

Application granted. The initial status conference scheduled for March 3, 2023 is hereby adjourned, and the parties shall file a joint letter providing an update on the status of this case within 30 days of this Order.

SO ORDERED.

_____
Hon. Ronnie Abrams
February 27, 2023