

BOAG LAW, PLLC
447 Broadway, Suite 2-270
New York, NY 10013
Phone: +1.212.203.6651
Email: dab@boagip.com

March 29, 2023

*via ECF*
The Honorable Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE:     *Gordon Desserts, Inc. dba Mochidoki v.*
        *Harlem ADR, LLC, et al.*, No. 22-cv-10596 (RA)

Dear Judge Abrams:

We write in response to the Court's February 27, 2023 Order adjourning the initial status conference and requiring a status report within 30 days. Plaintiff has determined that it will withdraw the Complaint, without prejudice, and reserve its right to re-file the same at a later date.

Plaintiff thanks the Court for its attention to this matter.

Respectfully submitted,

/David A. Boag/
David A. Boag (DB9899)
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
(212) 203-6651
dab@boagip.com

*Attorneys for Plaintiff Gordon Desserts,*
*Inc. dba Mochidoki*